# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIA M. MONTANEZ,**

        **Plaintiff,**

**-vs-**                                                         **Case No. 6:04-cv-1184-Orl-KRS**

**COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**    PETITION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 25)
>
> **FILED:**    June 6, 2005
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

> **MOTION:**    AMENDED UNCONTESTED PETITION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 28)
>
> **FILED:**    June 7, 2005
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Maria Montanez, seeks an award of attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on March 8, 2005. Doc. No. 24. An award of fees and expenses is, therefore, ripe for consideration.

Montanez's attorney seeks $2,237.85 in attorney's fees for 14.65 hours of work. The hourly rate he seeks is $151.65 for work performed in 2004 and $153.10 for work performed in 2005 pursuant to a provision in the EAJA that allows the Court to adjust the statutory hourly rate based on changes in the cost of living. The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked. After reviewing the papers submitted by Montanez, I find that the fees requested are appropriate in the absence of objection.

Montanez also seeks reimbursement for $39.80 in expenses. The Commissioner does not oppose these expenses. I find that these expenses were reasonably incurred in the absence of objection.

It is, therefore, **ORDERED** that Montanez is awarded $2,237.85 in attorney's fees and $39.80 in expenses.

**DONE** and **ORDERED** in Orlando, Florida on June 7, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties